**Order entered December 5, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01207-CR

**MARCUS BARTHOLOMEW BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-52028-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks' December 1, 2017 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **December 21, 2017**.

/s/ ADA BROWN
JUSTICE